1  2000 BMW.NOT

2  LEONARDO M. RAPADAS
United States Attorney

3  KARON V. JOHNSON
Assistant U.S. Attorney

4  Suite 500, Sirena Plaza
108 Hernan Cortez Avenue

5  Agana, Guam 96910
Telephone: (671) 472-7332/7283

6  Telecopier: (671) 472-7334

7  Attorneys for United States of America

8

9  IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

10

| | | |
|---|---|---|
| 11 | UNITED STATES OF AMERICA, ) | CIVIL CASE NO. **04-00009** |
| 12 | Plaintiff, ) | |
| 13 | vs. ) | **NOTICE OF ARREST** |
| 14 | ONE 2000 BMW AUTOMOBILE, ) Model 323IA, ) | |
| 15 | VIN WBAAM3343YCA91168, ) | |
| 16 | Defendant. ) | |

17

Notice is hereby given that the United States of America on the 27th day of February,

18
2004, filed an action pursuant to 21 U.S.C. §§ 881(a)(6), for the forfeiture of the defendant 2000

19
BMW AUTOMOBILE, Model 323IA, VIN WBAAM3343YCA91168. All claimants to this

20
property must file their claims pursuant to Rule C of the Supplemental Rules of Certain

21
Admiralty and Maritime Claims, within ten (10) days from the date of publication of this Notice,

22
or within ten (10) days of actual notice of this action, whichever occurs first, and must serve and

23
file their answers within twenty (20) days after the filing of the claim. All such claims and

24
answers must be filed with the Office of the Clerk, United States District Court for the District of

25
Guam, 520 West Soledad Avenue, Hagatna, Guam 96910, with a copy thereof sent to Assistant

26
United States Attorney Karon V. Johnson, Sirena Plaza, Suite 500, 108 Hernan Cortez, Hagåtña,

27

28

-1-

ORIGINAL

1    Guam 96910.

2         Additional procedures and regulations regarding this forfeiture action are found at 19

3    U.S.C. §§ 1602-1619, and Title 21, Code of Federal Regulations (C.F.R.), Sections 1316-71-

4    1316.81. All persons and entities who have an interest in the defendant property may, in addition

5    to filing a claim or in lieu of the filing of a claim, submit a Petition for Remission or Mitigation

6    of the forfeiture for a non-judicial determination of this action pursuant to 28 C.F.R. Part 9.

7         DATED at Hagatna, Guam, this 27th day of February, 2004.

8
9                                              MARY L.M. MORAN
                                               Clerk of the Court

10
                                       By:     _____
11                                             Deputy Clerk

**RECEIVED**

FEB 27 2004

DISTRICT COURT OF GUAM
HAGATNA, GUAM

-2-