

BMW.mtn

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

**ORIGINAL**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 04-00009 |
| Plaintiff, ) | UNITED STATES EX PARTE MOTION TO STAY SCHEDULING OF PROCEEDINGS PENDING RESOLUTION OF APPEAL OF UNDERLYING CRIMINAL PROSECUTION AND PROPOSED ORDER |
| vs. ) | |
| ONE 2000 BMW AUTOMOBILE, ) Model 3231A, ) VIN WBAAM3343YCA91168, ) | |
| Defendant. ) | |

COMES NOW the United States of America and hereby moves this Honorable Court for an order staying the scheduling of proceedings on this forfeiture matter. The United States makes this motion because the defendant 2000 BMW AUTOMOBILE was seized after a search warrant was executed on the residence of claimant McCarthy O. Carter. Carter was indicted on December 10, 2003, with a variety of drug charges in violation Title 21, U.S.C. § 841, Cr. No. 03-00103. He is presently in custody. He filed a motion to suppress, challenging the legality of the search warrant executed on his residence, which led to the discovery of a quantity of methamphetamine hydrochloride (ice) and cash. His motion to suppress was heard before this Honorable Court April 14-15, 2004, and the court eventually ruled that the evidence seized in

claimant Carter's residence be suppressed. The probable cause for forfeiting this 2000 BMW AUTOMOBILE was established on evidence which the court has ruled was illegally seized.

On May 12, 2004, the United States filed a notice to appeal the court's suppression ruling. If the government is not successful on appeal, it must move to dismiss this forfeiture proceeding, because the Fourth Amendment exclusionary rule applies to civil forfeiture proceedings, and any evidence that is the product of an illegal search or seizure must be excluded from the proceedings. <u>United States v. Real Property Located in El Dorado County at 6380 Little Canyon Road, El Dorado, CA</u>, 59 F.3d 974 (9th Cir. 1995). Accordingly, the government is moving this Honorable Court to stay the proceedings in this forfeiture matter until the legality of the seized evidence in Cr. No. 03-00103 is resolved.

The United States has executed an Order to Produce so that claimant Carter may be present at the Scheduling Conference set for May 27, 2004, at 3.p.m.

Respectfully submitted this __25th__ day of May, 2004.

                              LEONARDO M. RAPADAS
                              United States Attorney
                              Districts of Guam and NMI

By: _/s/ Karon V. Johnson_
     KARON V. JOHNSON
     Assistant U.S. Attorney

-2-