ORIGINAL

FILED
DISTRICT COURT OF GUAM
MAY 27 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 04-00009 |
| Plaintiff, | [PROPOSED] ORDER |
| vs. | |
| ONE 2000 BMW AUTOMOBILE, Model 3231A, VIN WBAAM3343YCA91168, | |
| Defendant. | |

IT IS HEREBY ORDERED that the proceedings on this case are hereby suspended pending resolution on appeal of the District Court order entered in Cr. No. 03-00103 suppressing certain evidence.

Dated this 27th day of May, 2004.

JOAQUIN V. E. MANIBUSAN, JR.
Magistrate Judge
District of Guam

RECEIVED
MAY 26 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM