BMW

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

ORIGINAL

**FILED**
DISTRICT COURT OF GUAM
JUN 03 2004
MARY L. M MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 04-00009 |
| Plaintiff, | UNITED STATES' EX PARTE APPLICATION TO RESTORE SCHEDULING PROCEEDINGS TO THE DOCKET; AND ORDER |
| vs. | |
| ONE 2000 BMW AUTOMOBILE, Model 3231A, VIN WBAAM3343YCA91168, | |
| Defendant. | |

COMES NOW the United States of America and hereby requests this Honorable Court to place the Scheduling Conference on this matter, formerly set for Thursday, May 27, 2004, at 3:00 p.m., back on the docket. Initially, the government moved to stay scheduling of further proceedings of this forfeiture action pending disposition of the motion to suppress on the underlying criminal case, which is on appeal. After filing the motion, however, the government was given information to the effect that the only claimant, McCarthy O. Carter, did not in fact intend to contest the forfeiture of this vehicle. If that is so, the government will proceed directly to request a preliminary order of forfeiture, and if no other claimants come forward, ultimately a final order of forfeiture. The government believes that it is prudent, however, to have Mr. Carter

appear personally in this matter and declare his intentions on the record. The government would request a few days notice, because he is in custody, and it will need to secure an order to produce him for this hearing.

Respectfully submitted this __28th__ day of May, 2004.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

*** ORDER ***

IT IS HEREBY ORDERED that a scheduling conference on this matter shall be set for the __9th__ day of June, 2004, at the hour of __10:00 a__.m.

_____
JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam

-2-

RECEIVED
JUN 01 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM