# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
## CIVIL MINUTES - GENERAL

FILED
DISTRICT COURT OF GUAM
JUN 09 2004
MARY L. M. MORAN
CLERK OF COURT

**CASE NO. CV-04-00009**  **DATE: 06/09/2004**  **TIME: 10:10 a.m.**

**CAPTION: UNITED STATES OF AMERICA -vs- ONE 200 BMW AUTOMOBILE, 323IA, ETC.**

***

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding  Law Clerk: Judith Hattori
Official Court Reporter: Wanda Miles  Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 10:10:21 - 10:19:21  CSO: B. PEREDA

*********** APPEARANCES ***********

**COUNSEL FOR PLAINTIFF(s):**  **COUNSEL FOR DEFENDANT(s):**

KARON JOHNSON  McCARTHY CARTER (Defendant) - no attorney present

***

**PROCEEDINGS:   SCHEDULING CONFERENCE**

( ) MOTION (S) ARGUED BY    ( ) PLAINTIFF    ( ) DEFENDANT

( ) MOTION(s) ___Granted ___Denied ___Settled ___Withdrawn ___Under Advisement

( ) ORDER SUBMITTED ___Approved ___Disapproved

( ) ORDER to be Prepared By: _____

( X ) PROCEEDINGS CONTINUED TO: June 10, 2004 at 10:15 a.m.

**NOTES:**

Mr. Carter advised the Court that he would like his attorney present for the proceedings and never received copies of pleadings or information regarding this matter. Ms. Johnson informed the Court that the defendant's attorney in his criminal case advised her that he did not represent the defendant for this particular matter.

Mr. Carter was served copies of all pleadings in the case file. The Court continued the matter to Thursday, June 10, 2004 at 10:15 a.m. to allow Mr. Carter to review the information provided and contact his attorney.

COURTROOM DEPUTY: /s/  END TIME: 10:19 A.M.
L:\Docs\COURTROOM MINUTES\CIVIL MINUTES\CV-04-00009.wpd