# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### CIVIL MINUTES - GENERAL

**FILED**
DISTRICT COURT OF GUAM
JUN 10 2004
MARY L. M. MORAN
CLERK OF COURT

**CASE NO.** CV-04-00009  **DATE:** 06/10/2004  **TIME:** 10:10 a.m.

**CAPTION:** UNITED STATES OF AMERICA -vs- ONE 200 BMW AUTOMOBILE 323IA, ETC.

***

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Official Court Reporter: Wanda Miles
Hearing Electronically Recorded: 10:10:21 - 10:12:38

Law Clerk: Judith Hattori
Courtroom Deputy: Leilani Toves Hernandez
CSO: B. PEREDA & J. LIZAMA

***APPEARANCES***

**COUNSEL FOR PLAINTIFF(s):**
KARON JOHNSON

**COUNSEL FOR DEFENDANT(s):**
McCARTHY CARTER (Defendant) - no attorney present

***

**PROCEEDINGS:**

**CONTINUED SCHEDULING CONFERENCE**

( ) MOTION(S) ARGUED BY ( ) PLAINTIFF ( ) DEFENDANT

( ) MOTION(s) ___Granted ___Denied ___Settled ___Withdrawn ___Under Advisement

( ) ORDER SUBMITTED ___Approved ___Disapproved

( ) ORDER to be Prepared By: _____

( ) PROCEEDINGS CONTINUED TO: _____

**NOTES:**

Mr. Carter waived his right to any claim on the vehicle. Ms. Johnson had nothing further to offer. The Court instructed Ms. Johnson to file the necessary pleadings.

COURTROOM DEPUTY: _____
L:\Docs\COURTROOM MINUTES\CIVIL MINUTES\CV-04-00009.wpd

END TIME: 10:12 A.M.