1  2000BMW.PRE

2  LEONARDO M. RAPADAS
   United States Attorney
3  KARON V. JOHNSON
   Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam 96910
   Tel: (671) 472-7332
6  Fax: (671) 472-7334

7  Attorneys for United States of America

8

FILED
DISTRICT COURT OF GUAM

JUN 16 2004

MARY L. M. MORAN
CLERK OF COURT

9            IN THE UNITED STATES DISTRICT COURT

10              FOR THE DISTRICT OF GUAM

11

12  UNITED STATES OF AMERICA,        )    CIVIL CASE NO. 04-00009
                                     )
13               Plaintiff,          )
                                     )
14          vs.                      )    **PRELIMINARY ORDER
                                     )    OF FORFEITURE**
15  ONE 2000 BMW AUTOMOBILE,         )
    Model 3231A,                     )
16  VIN WBAAM3343YCA91168,           )
                                     )
17               Defendant.          )
                                     )
18  ─────────────────────────────────

19        WHEREAS, the United States sought forfeiture of specific property of the above-named

20  defendant pursuant to 21 U.S.C. § 881(a)(6) as either proceeds of the unlawful drug activities

21  charged in said Complaint for Forfeiture or as property used or intended to be used to facilitate

22  said violations; and

23        WHEREAS, McCarthy O. Carter appeared before the District Court of Guam on June 10,

24  2004, and disclaimed any interest in defendant vehicle;

25  \\

26  \\

27

28                                  -1-

ORIGINAL

Accordingly, it is hereby **ORDERED, ADJUDGED AND DECREED**:

1. That the defendant 2000 BMW AUTOMOBILE, Model 3231A, VIN WBAAM3343YCA91168, is forfeited to the United States of America pursuant to Title 21, United States Code, §§ 881(a)(4) and 881(a)(6) for disposition in accordance with the law.

2. That all of the aforementioned forfeited property is to be held by the United States Marshals Service, in their secure custody and control.

3. That pursuant to 21 U.S.C. § 853(n)(1), the United States Marshal forthwith shall publish at least once for three successive weeks in a newspaper of general circulation, notice of this Order, notice of the Marshals' intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the Defendant, having or claiming a legal interest in any of the above-listed forfeited properties must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in each of the forfeited properties and any additional facts supporting the petitioner's claim and the relief sought.

The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the properties that are the subject of the Order of Forfeiture, as a substitute for published notice as to those persons so notified.

\\

\\

\\

\\

\\

-2-

4. That upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(h), in which all interests will be addressed.

**SO ORDERED** this _16th_ day of June, 2004.

JOAQUIN V. E. MANIBUSAN, JR.
Magistrate Judge

Presented By:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

RECEIVED
JUN 1 4 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM

-3-