2000 BMW.WAR

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 04-00009 |
| Plaintiff, ) | |
| vs. ) | WARRANT OF ARREST IN REM |
| ONE 2000 BMW AUTOMOBILE, ) Model 323IA, ) VIN WBAAM3343YCA91168, ) | |
| Defendant. ) | |

TO: THE UNITED STATES MARSHAL FOR THE DISTRICT OF GUAM AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

**WHEREAS,** a verified complaint has been filed in this Court praying that process issue for the arrest of property that is the subject of this action:

**NOW, THEREFORE,** we do hereby command that you seize the property, which is described as ONE 2000 BMW AUTOMOBILE, VIN WBAAM3343YCA91168, until further order of the Court respecting the same.

All persons claiming an interest in said property must file their claims, pursuant to Rule C of the Supplemental Rules of Certain Admiralty and Maritime Claims, within ten (10) days after the execution of the warrant or actual notice of this action, whichever occurs first, and must serve

and file an answer within twenty (20) days after the filing of the claim with the Office of the Clerk, United States District Court for the District of Guam, 520 West Soledad Avenue, Hagatna, Guam 96910.

Additional procedures and regulations regarding this forfeiture action are found at 19 U.S.C. §§ 1602-1619, and Title 21, Code of Federal Regulations (C.F.R.) §§ 1316.71-1316.81. All persons and entities who have an interest in the defendant property may, in addition to filing a claim or in lieu of the filing of a claim, submit a Petition for Remission or Mitigation of the forfeiture for a non-judicial determination of this action pursuant to 28 C.F.R. Part 9.

You are also commanded to give due notice to all persons and entities having an interest in the property under seizure by publication in a newspaper of general circulation in the judicial district where the defendant property was seized.

DATED this 27th day of February, 2004

UNITED STATES DISTRICT COURT CLERK

By: _____
DEPUTY CLERK

MARSHALS RETURN

I HAVE PARTIALLY / EXECUTED
Document BY TAKING CUSTODY OF
THE WITHIN NAMED McCarthy Carter
AT U.S. District Ct. 5/27/04
AND DELIVERING HIM / HER TO THE
_____ DUSM FOR FURTHER
TRANSFER TO _____

-2-

# U.S. Department of Justice
# United States Marshals Service

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | CV NO. 04-00009 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| ONE 2000 BMW AUTOMOBILE, MODEL 323IA VIN WBAAM3343YCA91168 | SERVICE |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
McCARTHY OCAYA CARTER

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
FEDERAL DETENTION CENTER, HAGATNA, GUAM

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

KARON V. JOHNSON, AUSA
U.S. ATTORNEY'S OFFICE
DISTRICT OF GUAM & NMI
108 HERNAN CORTEZ AVE, HAGATNA, GUAM 96910

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

SERVE COPIES OF: NOTICE OF ARREST, VERIFIED COMPLAINT OF FORFEITURE, AND WARRANT OF ARREST IN REM

Signature of Attorney or other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
TELEPHONE NUMBER: 472-7334
DATE: 5/26/04

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
Total Process: 01
District of Origin No.: 093
District to Serve No.: 093
Date: 05/26/04

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Date of Service: 5/27/04
Time: 9:00 am

RECEIVED STAMPED IN ERROR MAY 2004 DISTRICT COURT OF GUAM HAGATNA, GUAM

REMARKS: Served @ USMS Cell Block

Service Fee: $45.00
Total Charges: $45.00

RECEIVED JUL 15 2004 DISTRICT COURT OF GUAM HAGATNA, GUAM

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)