1  200BMW.FIN

2  LEONARDO M. RAPADAS
   United States Attorney
3  KARON V. JOHNSON
   Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez
5  Agana, Guam 96910
   Telephone: (671) 472-7332/7283
6  Telecopier: (671) 472-7334

7  Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
DEC -7 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 04-00009 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **FINAL ORDER OF FORFEITURE** |
| ) | |
| ONE 2000 BMW AUTOMOBILE, ) | |
| MODEL 3231A, ) | |
| VIN WBAAM3343YCA91168, ) | |
| ) | |
| Defendant. ) | |

**WHEREAS**, on June 16, 2005, this Court entered a Preliminary Order of Forfeiture forfeiting ONE 2000 BMW AUTOMOBILE, MODEL 3231A, VIN WBAAM3343YCA91168, the property of defendant McCarthy Ocaya Carter, to the United States of America;

**AND WHEREAS**, on October 2, 2005, October 9, 2005 and October 16, 2005, the United States published in a newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose said property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

-1-

| | |
|---|---|
| 1 | **AND WHEREAS**, the Court has been advised that no such petitions have been filed. |
| 2 | Accordingly, it is hereby **ORDERED, ADJUDGED and DECREED** that the United |
| 3 | States Marshal shall forthwith seize the forfeited property and dispose of it in accordance with |
| 4 | the law; |
| 5 | It is further **ORDERED, ADJUDGED and DECREED**: |
| 6 | That pursuant to Title 21, United States Code, Section 853(n), that the right, title and |
| 7 | interest to all of the hereinafter described property is hereby condemned, forfeited and vested in |
| 8 | the United States of America, and shall be disposed of according to law: |
| 9 | **a) ONE 2000 BMW AUTOMOBILE, MODEL 3231A, VIN** |
| 10 | **WBAAM3343YCA91168,** |
| 11 | That any and all forfeited funds, including but not limited to currency, currency |
| 12 | equivalents and certificates of deposit, as well as any income derived as a result of the United |
| 13 | States Marshals management of any property forfeited herein, and the proceeds from the sale of |
| 14 | any forfeited property, after the payment of costs and expenses incurred in connection with the |
| 15 | forfeiture, sale and disposition of the forfeited property, shall be deposited forthwith by the |
| 16 | United States Marshal Service into the Department of Justice Asset Forfeiture Fund in |
| 17 | \\ |
| 18 | \\ |
| 19 | \\ |
| 20 | \\ |
| 21 | \\ |
| 22 | \\ |
| 23 | \\ |
| 24 | \\ |
| 25 | \\ |
| 26 | \\ |

FILED
DISTRICT COURT OF GUAM
DEC -1 2005
MARY L.M. MORAN
CLERK OF COURT

accordance with Title 28, United States Code, Section 524(c) and Title 21, United States Code, Section 881(e).

The Clerk is hereby directed to send copies of this Order to all counsels of record and three certified copies to the United States Marshal Service.

DATED this 7th day of ~~November~~ December, 2005.

_____
D. LOWELL JENSEN*
Designated Judge
District Court of Guam

Presented by:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

*Senior District Judge
Northern District of California

RECEIVED
DEC - 1 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

-3-