# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| USA, | Civil Case No. 1:04-cv-00009 |
| Plaintiff, | |
| vs. | **J U D G M E N T** |
| One 2000 BMW Automobile, Model 323IA, etc., | |
| Defendant. | |

Judgment is hereby entered in accordance with the Final Order of Forfeiture filed December 7, 2005.

Dated this 8th day of December, 2005, Hagatna, Guam.

**/s/ Mary L.M. Moran**
Clerk of Court
