# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| United States of America, | Case No. 1:04-cv-00009 |
| Plaintiff, | |
| vs. | |
| One 2000 BMW Automobile, Model 3231A, etc., | **CERTIFICATE OF SERVICE** |
| Defendant. | |

The following office(s)/individual(s) acknowledged receipt of the *Order granting Motion for Final Order of Forfeiture filed December 7, 2005, Judgment filed December 8, 2005, and Notice of Entry filed December 8, 2005,* on the dates indicated below:

*Office of the United States Attorney*
*Order granting Motion for Final Order of Forfeiture, Judgment, and Notice of Entry*
*12/9/2005*

*U.S. Marshals Service*
*Order granting Motion for Final Order of Forfeiture*
*12/12/2005*

I, Shirlene A. Ishizu, declare under the penalty of perjury that on the above listed date(s) the:

*Order granting Motion for Final Order of Forfeiture filed December 7, 2005, Judgment filed December 8, 2005, and Notice of Entry filed December 8, 2005*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: December 13, 2005                    /s/ Shirlene A. Ishizu
                                            Deputy Clerk